# Exhibit "I"

| LOAN TRANSACTION DETAILS PER DOCUMENTATION | | | |
|---|---|---|---|
| | AMOUNT | DATE | |
| **LOAN 1a** | **$ 250,000.00** | **12/28/2023** | |
| Loan Fee | $ 10,000.00 | | |
| Prepaid Interest for December 28-31,2023 | $ 375.00 | | |
| Six month interest reserve | $ 22,500.00 | | |
| sign up fee to Pamela Kendall Floyd, PC | $ 175.00 | | |
| Title update to The ligon Firm, P.C. | $ 500.00 | | |
| Recording Fees to Spencer Gandy LLC | $ 58.00 | | |
| Attorney Fees to spencer Gandy LLC | $ 2,000.00 | | |
| Fees for Misc. Closing Costs to FLCP | $ 792.00 | | Adjusted from $800.00 |
| Total Loan Costs | $ 36,400.00 | | |
| Available to Borrower | $ 213,600.00 | | |
| WIRE SENT | $ 213,600.00 | 1/24/2024 | Dr. Williams |
| | | | |
| Required Interest Only Monthly Payment | $ 3,750.00 | | |
| | | | |
| INTEREST PAID | $ 375.00 | 12/28/2023 | Prepaid Interest for December 28-31,2023 |
| | $ 3,750.00 | 2/28/2024 | Feb payment |
| | $ 3,750.00 | 3/28/2024 | Mar payment |
| | $ 3,750.00 | 4/29/2024 | April payment |
| | $ 3,750.00 | 5/28/2024 | June payment |
| TOTAL INTEREST PAID | $ 15,375.00 | | |
| | | | |
| Principal Balance | $ - | 6/11/2024 | paid off by renewal & loan increase in Loan 1b |

| | | | |
|---|---|---|---|
| | **LOAN TRANSACTION DETAILS PER DOCUMENTATION** | | |
| | | | |
| **LOAN 1b** | $ 500,000.00 | 6/11/2024 | RENEW LOAN 1a WITH $250,000 ADDITIONAL FUNDS |
| Loan Fee | $ 12,500.00 | | Only on additional $250,000.00 amount |
| Prepaid interest for June 11-30,2024 | $ 2,750.00 | | |
| Six month interest reserve on new funds | $ 22,500.00 | | |
| Existing six month interest reserve on Loan 1 funds | $ 22,500.00 | | |
| Sign up fee to Pamela Kendall Floyd, PC | $ 175.00 | | |
| Recording Fees to Spencer Gandy LLC | $ 29.00 | | |
| Attorney Fees to Spencer Gandy LLC | $ 1,500.00 | | |
| Document Fee to FLCP | $ 488.00 | | adjusted to reflect actual cost |
| Total New Loan Costs | $ 39,942.00 | | |
| Available to Borrower | $ 210,058.00 | | |
| WIRE SENT | $ 210,058.00 | 6/11/2024 | Dr. Williams |
| | | | |
| Required Interest Only Monthly Payment | $ 7,500.00 | | |
| | . | | |
| INTEREST PAID | $ 2,750.00 | 6/11/2024 | Prepaid interest for June 11-30,2024 |
| | $ 3,750.00 | 6/28/2024 | July payment equal to Loan 1 interest due |
| | $ 3,750.00 | 7/29/2024 | Aug  payment |
| | $ 3,750.00 | 8/2/2024 | Aug  payment |
| | $ 7,500.00 | 8/30/2024 | Sept  payment |
| | $ 7,500.00 | 9/30/2024 | Oct payment |
| | $ 7,500.00 | 10/25/2024 | Nov payment |
| | $ 7,500.00 | 11/29/2024 | Dec payment |
| | $ 7,500.00 | 12/31/2024 | Jan payment |
| | $ 7,500.00 | 1/24/2025 | Feb payment |
| | $ 7,500.00 | 2/28/2025 | Mar payment |
| | $ 7,500.00 | 3/26/2025 | April payment |
| | $ 7,500.00 | 4/29/2025 | May payment |
| | $ 7,500.00 | 5/28/2025 | June payment |

|  | $ | 7,500.00 | 6/23/2025 | July payment |
|---|---|---|---|---|
| TOTAL INTEREST PAID | $ | 96,500.00 |  |  |
|  |  |  |  |  |
| Principal Balance | $ | 500,000.00 |  |  |
|  |  |  |  |  |
|  | **LOAN TRANSACTION DETAILS PER DOCUMENTATION** | | | |
|  |  |  |  |  |
| **LOAN 2** | $ | 700,000.00 | 9/18/2024 |  |
| Loan fee | $ | 35,000.00 |  |  |
| Six month interest reserve | $ | 56,000.00 |  |  |
| Partial month's interest (September 18-30) | $ | 4,044.43 |  |  |
| Legal Fees, incl Title Pamela K. Floyd | $ | 3,279.00 |  |  |
| Document Fees | $ | 700.00 |  |  |
| Total Loan Costs | $ | 99,023.43 |  |  |
| Available to Borrower | $ | 600,976.57 |  |  |
| WIRE SENT | $ | 600,976.57 | 9/18/2024 | Dr. Williams |
|  |  |  |  |  |
| Required Interest Only Monthly Payment | $ | 9,333.33 |  |  |
|  |  |  |  |  |
| INTEREST PAID | $ | 4,044.43 | 9/18/2024 | Partial month's interest (September 18-30) |
|  | $ | 9,333.33 | 11/4/2024 | Nov payment |
|  | $ | 9,333.33 | 12/2/2024 | Dec payment |
|  | $ | 9,333.33 | 12/31/2024 | Jan payment |
|  | $ | 9,333.33 | 1/31/2025 | Feb payment |
|  | $ | 9,333.33 | 2/28/2025 | Mar payment |
|  | $ | 9,333.33 | 4/2/2025 | April payment |
|  | $ | 9,333.33 | 5/1/2025 | May payment |
|  | $ | 9,333.33 | 5/28/2025 | June payment |
|  | $ | 9,333.33 | 6/30/2025 | July Payment |
| TOTAL INTEREST PAID | $ | 88,044.40 |  |  |
|  |  |  |  |  |
| Principal Balance | $ | 700,000.00 |  |  |

| | | | |
|---|---|---|---|
| | **LOAN TRANSACTION DETAILS PER DOCUMENTATION** | | |
| | | | |
| **LOAN 3** | **$ 355,000.00** | **12/9/2024** | |
| Loan Fee | $ 17,750.00 | | |
| Six month interest reserve | $ 28,400.00 | | |
| Partial month's interest (December 9-31) | $ 3,471.16 | | |
| Legal and Recording Fees | $ 2,500.00 | | |
| Document Fees | $ 355.00 | | |
| Total Loan Costs | $ 52,476.16 | | |
| Available to Borrower | $ 302,523.84 | | |
| WIRE SENT | $ 50,166.00 | 11/20/2024 | Assume funded 12/12 for this scenario because pre-loan |
| WIRE SENT | $ 252,523.84 | 12/12/2024 | Dr. Williams |
| | | | |
| Required Interest Only Monthly Payment | $ 4,733.33 | | |
| | | | |
| INTEREST PAID | $ 3,471.16 | 12/9/2024 | Partial month's interest (December 9-31) |
| | | | |
| Principal Balance | $ 355,000.00 | | |

| | | | |
|---|---|---|---|
| | **LOAN TRANSACTION DETAILS PER DOCUMENTATION** | | |
| | | | |
| **LOAN 4** | $ 3,500,000.00 | 12/19/2024 | |
| Loan Fee | $ 100,606.17 | | Adjusted from $175,000 to reflect 5% fee on funds drawn |
| Six month interest reserve | $ 280,000.00 | | |
| Construction interest reserve | $ 560,000.00 | | |
| Partial month's interest (December 19-31) | $ 6,714.50 | | Adjusted from $18,666.00 listed in the note |
| Title Insurance, Closing Costs, Legal Fees | $ 15,716.40 | | Adjusted from $50,000.00 |
| Document Fees | $ 3,500.00 | | |
| Contingency | $ 265,000.00 | | |
| Total Loan Costs with Adjustments | $ 1,231,537.07 | | |
| Available to Borrower | $ 2,268,462.93 | | |
| | | | |
| WIRE SENT - advance 1 | $ 1,000,000.00 | 12/20/2024 | Dr. Williams |
| WIRE SENT - advance 1 | $ 161,449.40 | 12/20/2024 | William Ligon |
| WIRE SENT - advance 2 | $ 850,000.00 | 2/27/2025 | Dr. Williams |
| WIRE SENT - advance 3 | $ 50,000.00 | 5/21/2025 | Dr. Williams |
| WIRE SENT - advance 3 | $ 50,000.00 | 5/22/2025 | Dr. Williams |
| WIRE SENT - advance 4 | $ 100,000.00 | 6/13/2025 | Dr. Williams |
| Total Sent to Borrower | $ 2,211,449.40 | | |
| | | | |
| Required Interest Only Monthly Payment | $ 46,666.67 | | Incorrect payment amount - calculated at 16% interest rate on full $3,500,000. |
| | | | |
| INTEREST PAID | $ 6,714.50 | 12/19/2024 | Partial month's interest (December 19-31) |
| | | | |
| Principal Balance | $ 3,442,986.47 | | |
| Funds not drawn | $ 57,013.53 | | |
| Loan Amount | $ 3,500,000.00 | | |