# Exhibit "G"

## Loan 1

| | | |
|---|---|---:|
| Closing Date | | 6/11/2024 |
| Amount | | $ 500,000.00 |
| Loan Charges | | $ 39,942.00 |
| **AMT to No Free Great Oaks 6/11/24** | | **$ 210,058.00** |
| Xfer to ORL Great Oaks | | $ 10,000.00 |
| Xfer to ATL Great Oaks | | $ 10,000.00 |
| Xfer to Riverdawg Great Oaks | | $ 10,500.00 |
| Wire to Jones Day | | $ 143,567.50 |
| Daniel Jenkins | | $ 5,960.00 |
| Water Enviroment Consultants | | $ 14,417.32 |
| 1st liberty pymt | | $ 3,750.00 |
| Wire Fees | | $ 55.00 |
| Xfer to ORL Great Oaks | | $ 3,400.00 |
| Xfer to ATL Great Oaks | | $ 6,000.00 |
| Xfer to ATL Great Oaks | | $ 2,400.00 |

## Loan 2

| | | |
|---|---|---:|
| Closing Date | | 9/18/2024 |
| Amount | | $ 700,000.00 |
| Loan Charges | | $ 99,023.43 |
| **AMT to Riverdawg Great Oaks 9/18/24** | | **$ 600,976.57** |
| 9/20/2024 | Xfer to No Free Great Oaks | $ 165,599.33 |
| 9/23/2024 | Xfer to ORL Great Oaks | $ 15,000.00 |
| 9/23/2024 | Xfer to ATL Great Oaks | $ 15,000.00 |
| 9/23/2024 | Xfer to No Free Great Oaks | $ 325,000.00 |
| 9/30/2024 | Xfer to ATL Great Oaks | $ 30,000.00 |
| 9/30/2024 | Xfer to ORL Great Oaks | $ 49,000.00 |
| 10/11/2024 | Xfer to ATL Great Oaks | $ 765.00 |
| 10/15/2024 | Xfer to ATL Great Oaks | $ 456.00 |
| 11/4/2024 | Xfer to ORL Great Oaks | $ 176.24 |

## Loan 3

| | | |
|---|---|---:|
| Closing Date | | 12/9/2024 |
| Amount | | $ 355,000.00 |
| Loan Charges | | $ 52,310.16 |
| **AMT to Centenial Old Glory 11/20/24** | | **$ 50,166.00** |
| 11/20/2024 | to bring account to a positve bal | $ 20,191.39 |
| 11/20/2024 | Asbury Law Firm | $ 7,562.50 |
| 11/21/2024 | Xfer to ORL Old Glory | $ 15,000.00 |
| 11/22/2024 | additonal funds were used to cover 11/3-11/16/24 ATL pa | $ 7,412.11 |
| **AMT to Centenial Old Glory 12/12/24** | | **$ 252,523.84** |
| 12/12/2024 | to bring account to a positve bal | $ 18,845.47 |
| 12/12/2024 | CPP1 - ORL RENT | $ 12,733.38 |
| 12/12/2024 | Xfer to No Free Old Glory | $ 200,000.00 |
| 12/12/2024 | Xfer to No Free Old Glory | $ 22,885.10 |

## Loan 4

| | | |
|---|---|---:|
| Closing Date | | 12/19/2024 |
| Amount | | $ 3,500,000.00 |
| Loan Charges | | $ 1,352,166.00 |
| **AMT to Centenial 12/20/24** | | **$ 1,000,000.00** |
| 12/20/2024 | to bring account to a positve bal | $ 18,482.96 |
| 12/20/2024 | ATL Payroll 12/1-12/14/24 | $ 49,123.34 |
| 12/23/2024 | Payroll Bonus | $ 5,000.00 |
| 12/27/2024 | Sprinter Van | $ 159,900.00 |
| 12/27/2024 | Plane Sense | $ 440,858.41 |
| 12/30/2024 | Xfer To Holtknob old glory | $ 9,600.00 |
| 12/31/2024 | Xfer To Centenial Payroll old glory | $ 52,000.00 |
| 12/31/2024 | Apple Card JW | $ 27,439.07 |
| 12/31/2024 | Apple Card LW | $ 10,483.11 |
| 1/3/2025 | IPFS | $ 9,267.10 |
| 1/3/2025 | Discover | $ 16,613.32 |
| 1/3/2025 | Bowen Law Group | $ 7,250.00 |
| 1/9/2025 | Wimberly, Lawson, Steckel | $ 15,602.50 |
| 1/14/2025 | Xfer To Centenial Payroll old glory | $ 54,308.22 |
| 1/21/2025 | AMEX | $ 11,560.48 |
| 1/24/2025 | AMEX | $ 10,000.00 |
| 1/24/2025 | Xfer to No Free Old Glory | $ 22,500.00 |
| 1/27/2025 | AMEX | $ 19,684.35 |
| 1/27/2025 | Apple Card JW | $ 10,832.13 |
| 1/27/2025 | Apple Card LW | $ 3,773.91 |
| 1/29/2025 | Xfer To Centenial Payroll old glory | $ 51,378.51 |
| **AMT to Centenial 02/27/25** | | **850,000.00** |
| 2/27/2025 | Xfer to No Free Old Glory | $ 350,000.00 |
| 2/28/2025 | Xfer to No Free Old Glory | $ 500,000.00 |
| **AMT to No Free Old Glory 05/21/25** | | **$ 50,000.00** |
| 5/21/2025 | CPP1 - ORL RENT | $ 25,717.00 |
| **AMT to No Free Old Glory 05/22/25** | | **$ 50,000.00** |
| 5/22/2025 | Xfer To Centenial Payroll old glory | $ 26,000.00 |
| 5/23/2025 | Xfer To Orl Payroll old glory | $ 20,000.00 |
| 5/28/2025 | First Liberty pymt | $ 7,500.00 |
| 5/29/2025 | xfer to Riverdawg old glory | $ 9,333.33 |
| 5/30/2025 | Xfer To Holtknob old glory | $ 10,258.00 |
| **AMT to No Free Old Glory 06/13/25** | | **$ 100,000.00** |
| 6/13/2025 | Sonny King | $ 5,000.00 |
| 6/13/2025 | Sligh Environmental | $ 4,865.00 |
| 6/16/2025 | SBA | $ 501.00 |
| 6/17/2025 | christoph Keanu Nguyen | $ 380.00 |
| 6/17/2025 | Brandon Walker | $ 380.00 |
| 6/18/2025 | Xfer To Centenial Payroll old glory | $ 4,341.56 |
| 6/18/2025 | Xfer To Orl Payroll old glory | $ 273.61 |
| 6/18/2025 | Xfer To Orl old glory | $ 6,100.00 |
| 6/18/2025 | Xfer To Centenial old glory | $ 5,800.00 |
| 6/18/2025 | Xfer To Falls Drive old glory | $ 21,465.00 |
| 6/19/2025 | Xfer To Centenial Payroll old glory | $ 10,000.00 |
| 6/19/2025 | Xfer To Orl Payroll old glory | $ 10,000.00 |
| 6/20/2025 | Plane Sense | $ 15,605.82 |
| 6/20/2025 | Plant City Engines | $ 11,015.00 |
| 6/23/2025 | First Liberty pymt | $ 7,500.00 |