# Exhibit "K"

First Liberty
Loans to Dr. Jerry Williams and Related Entities
Loan Payoff as of 09/10/2025

Loan # 1

| | | |
|---|---|---|
| Principal | | $500,000.00 |
| Late Charges June 2025 | | $125.00 |
| Unpaid Interest 6/1/2025 to 6/10/2025 | | $2,500.00 |
| Default Interest 6/11/2025 to 09/10/2025 | | $29,666.67 |
| Interest Reserve | | ($45,000.00) |
| Payoff | | $487,291.67 |
| | Per Diem | $333.33 |

Loan # 2

| | | |
|---|---|---|
| Principal | | $700,000.00 |
| Late Charges (Jul 2025 - Sep 2025) | | $1,400.00 |
| Unpaid Interest as of: 09/10/2025 | | $21,666.28 |
| Interest Reserve | | ($56,000.00) |
| Payoff | | $667,066.28 |
| | Per Diem | $319.46 |

Loan # 3

| | | |
|---|---|---|
| Principal | | $355,000.00 |
| Late Charges (Jan 2025 - Sept 2025) | | $2,130.00 |
| Unpaid Interest as of: 09/10/2025 | | $41,260.42 |
| Interest Reserve | | ($28,400.00) |
| Payoff | | $369,990.42 |
| | Per Diem | $175.41 |

Loan # 4

| | | |
|---|---|---|
| Principal | | $3,299,289.40 |
| Late Charges | | $14,746.45 |
| Unpaid Interest as of: 09/10/2025 | | $322,546.87 |
| Interest & Construction Reserve | | ($840,000.00) |
| Payoff | | $2,796,582.72 |
| | Per Diem | $1,502.98 |

Total - All Loans

| | | |
|---|---|---|
| Principal | | $4,854,289.40 |
| Late Charges | | $18,401.45 |
| Unpaid Interest as of: 09/10/2025 | | $387,973.57 |
| Default Interest 6/11/2025 to 09/10/2025 | | $29,666.67 |
| Interest Reserve | | ($969,400.00) |
| Payoff | | $4,320,931.08 |
| | Per Diem | $2,331.19 |