# Exhibit "L"



**This Certificate is** issued in accordance with the limited authorization granted to the Correspondent and in consideration of the premium specified herein, Underwriters hereby bind themselves severally and not jointly, each for his own part and not one for another, their Executors and Administrators.

**The Assured is** requested to read this certificate, and if not correct, return it immediately to the Correspondent for appropriate alteration.

In the event of a claim / complaint under this certificate, please notify the following Correspondent:

**ATTN: Claims Dept.**
**Johnson & Johnson, Inc.**
**PO Box 899**
**Charleston, SC  29402**
**800-487-7565**
**Claims@jjins.com**

If you have a complaint under this certificate: please contact the agent in charge of your account or email Complaints.filing@jjins.com.

If, after making a complaint:

(i)      you feel that the matter has not been resolved to your satisfaction; or
(ii)     we have not responded in eight weeks; you may contact your state Department of Insurance for further assistance.

This Complaints Notice will not be read to conflict with or override the Service of Suit clause in this policy. This Clause is intended as an aid to the swift resolution of any complaints or disputes under this policy and does not prejudice your rights in law.

# HOMEOWNERS POLICY
## ENDORSEMENT DECLARATIONS



**POLICY NUMBER: USG1019845A**

**RENEWAL OF POLICY NUMBER: USG1019845**

CO #: 175

| **NAMED INSURED & MAILING ADDRESS** | **AGENCY NAME & ADDRESS** |
|---|---|
| JERRY WILLIAMS | **801290** - SECURERISK - STERLING SEACREST |
| 1004 MEMORIAL LN | PARTNERS INC |
| SUITE 200 | P O BOX 8004 |
| SAVANNAH, GA  31410 | |
| | SAVANNAH, GA  31412 |
| | (912) 544-1900 |

**Policy Period:  From 10/06/2025 to 10/06/2026 12:01 a.m. Standard Time at the Described Location(s)**

This Certificate of Insurance is issued in accordance with the authorization granted and Undersigned by GREAT LAKES INSURANCE SE, Contract Number 3105/25, herein after called "the Company".  This insurance applies to the Described Location(s), Coverage for which a Limit or Premium is shown and Perils Insured Against for which a Premium is stated.

**This contract is registered and delivered as a surplus line coverage under the Surplus Line Insurance Law O. C. G. A. Chapter 33-5.**

**ENDORSEMENT EFFECTIVE DATE:** 04/17/2026                                                                                            **ENDORSEMENT #1**

**ENDORSEMENT REASON:**  ADD ADDITIONAL INTEREST

**NO CHANGE IN PREMIUM**

**MINIMUM EARNED PREMIUM:  25%**

NO FLAT CANCELLATIONS

HOMEOWNERS
POLICY FEE
STATE TAX
TOTAL PREMIUM

VMM (10/11)                               VACANT PROPERTY - VANDALISM AND MALICIOUS MISCHIEF COVERAGE

**SURPLUS LINES LICENSEE:**

Francis G Johnson
PO Box 899
Charleston  SC 29402

**LICENSE #:  603316**

**SCHEDULE OF LIENHOLDERS**
**AND ADDITIONAL INSUREDS**

Location #1/Building #1

   ADDITIONAL INTEREST
   S. GREGORY HAYS, AS RECEIVER FOR FIRST LIBERTY
   CAPITAL PARTNERS, LLC
   PO BOX 2567
   NEWNAN, GA  30264

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS OF USE EXCLUSION

This endorsement modifies insurance provided under the following:

**HOMEOWNERS 3—SPECIAL FORM**
**HOMEOWNERS 8—MODIFIED COVERAGE FORM**
**DWELLING PROPERTY 3—SPECIAL FORM**

A. The following applies to the **Homeowners 3— Special Form:**

In consideration of the premium charged, **Coverage D- Loss of Use** is deleted in its entirety.

All other terms and conditions remain unchanged.

B. The following applies to the **Homeowners 8— Modified Coverage Form:**

In consideration of the premium charged, **Coverage D—Loss of Use** is deleted in its entirety.

All other terms and conditions remain unchanged.

The following applies to the **Dwelling Property 3— Special Form:**

In consideration of the premium charged, **Coverage D—Coverage D - Fair Rental Value**, and **Coverage E – Additional Living Expense** are deleted in their entirety.

All other terms and conditions remain unchanged.

(Complete below only if this form is issued after the inception date of the policy.)

This endorsement has been explained to me and I fully understand and accept it.

| | |
|---|---|
| Insured's Name: | |
| Insured's Signature: | Date: |

# THE
# CINCINNATI INSURANCE COMPANIES

☒ **THE CINCINNATI INSURANCE COMPANY** ☐ **THE CINCINNATI INDEMNITY COMPANY**
☐ **THE CINCINNATI CASUALTY COMPANY**

**Named Insured:** NOFREE LLC

**Policy Number:** ECP 038 24 69

**Policy Period:** 04-08-2025 to 04-08-2028

**Effective Date of Change:** 04-08-2026

**Endorsement Number:** 3

**Agency Name:** STERLING SEACREST PRITCHARD, INC. 10-174
SAVANNAH, GA

## Explanation of Billing

A change was recently made to your policy with The Cincinnati Insurance Companies. Attached to this summary is the endorsement that amends your policy.

**The additional premium for this endorsement is $ NONE**
This premium is for the time period of 04-08-2026 to 04-08-2027. You will receive a statement based on the payment option you have selected.

Please contact your agency if you have any questions concerning your policy or statement:
STERLING SEACREST PRITCHARD, INC.
PO BOX 8004
SAVANNAH, GA 31412-8004

912-544-1900

## This is not a bill. No payment is necessary at this time.

**IA 4319 08 07**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GENERAL CHANGE ENDORSEMENT

Attached to and forming part of:

| Auto / Garage Policy Number | All Other Policy Number **ECP 038 24 69** | Effective Date of Endorsement **04-08-2026** |
|---|---|---|

Issued to                       **NOFREE LLC**

Agent **STERLING SEACREST PRITCHARD, INC. 10-174**
      **SAVANNAH, GA**                              Endorsement # **3**

---

**PREMIUM INFORMATION**

Premium Due at Endorsement Effective Date **REFER TO IA4319**

Subsequent Quarterly Installments Increased by     **$** _____

Revised Quarterly Installment Payment(s)     **$** _____

**It is agreed that the policy is amended as indicated by**   ☒

☐ **Policy Installment Premium Amended to:**
    ☐ Annual     ☐ Semi-Annual     ☐ Quarterly

☐ **Named Insured**

☐ **Mailing Address**

☒ **Form(s) Added**

    **FA480 02/16**         **LOSS PAYABLE PROVISIONS**

☐ **Form(s) Deleted**

---

**All Other Reason for Change**

**ADDING LOSS PAYEE**

**ADDING CG2018 ATTACHED**

**Auto / Garage Reason for Change**

---

**04-16-2026 12:15**

**IA 4329 12 09**                     **Page 1 of 1**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**

**SCHEDULE**

| Loc | Bldg | Loss Payee Name and Address: | Applicable Clause (Enter B, C, D or E): |
|---|---|---|---|
| 2 | 1 | | B |

S. GREGORY HAYS AS RECEIVER FOR FIRST LIBERTY CAPITAL PARTNERS, LLC
PO BOX 2567
NEWNAN, GA 30264-2567
LOAN NUMBER:

**A.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

For the purposes of this endorsement only, the following are added to **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION D. LOSS CONDITIONS, 4. Loss Payment**, as indicated in the Schedule of this endorsement.

**B. Loss Payable**

For Covered Property in which both you and a Loss Payee shown in the Schedule of this endorsement have an insurable interest, we will:

**1.** Adjust losses with you; and

**2.** Pay any claim for "loss" jointly to you and the Loss Payee, as interests may appear.

**C. Lender's Loss Payable**

**1.** The Loss Payee shown in the Schedule of this endorsement is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

**a.** Warehouse receipts;

**b.** A contract for deed;

**c.** Bills of lading;

**d.** Financing statements; or

**e.** Mortgages, deeds of trust, or security agreements.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**a.** We will pay for covered "loss" to each Loss Payee in their order of precedence, as interests may appear.

**b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**c.** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**d.** If we pay the Loss Payee for any "loss" and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(2)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**a.** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**4.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**D. Contract of Sale**

**1.** The Loss Payee shown in the Schedule of this endorsement is a person or organization you have entered a contract with for the sale of Covered Property.

**2.** For Covered Property in which both you and the Loss Payee have an insurable interest we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for "loss" jointly to you and the Loss Payee, as interests may appear.

**3.** For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**E. Building Owner Loss Payable Clause**

**1.** The Loss Payee shown in the Schedule of this endorsement is the owner of the building in which you are a tenant.

**2.** We will adjust losses to the building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

**3.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name(s) Of Person(s) Or Organization(s) | Designation Of Premises |
|---|---|
| S. GREGORY HAYS AS RECEIVER FOR FIRST LIBERTY CAPITAL PARTNERS, LLC PO BOX 2567 NEWNAN, GA 30264-2567 | 285 CENTENNIAL OLYMPIC PARK DR NW SUITE C-2 ATLANTA, GA 30313-1834 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as mortgagee, assignee or receiver and arising out of the ownership, maintenance or use of the premises by you and shown in the Schedule.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

 © Insurance Services Office, Inc., 2018

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name(s) Of Person(s) Or Organization(s) | Designation Of Premises |
|---|---|
| S. Gregory Hays as Receiver for First Liberty Capital Partners, LLC | 251 Holt Circle Highlands, NC 28741 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as mortgagee, assignee or receiver and arising out of the ownership, maintenance or use of the premises by you and shown in the Schedule.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.