# Exhibit "M"



# Online Payments - Property Taxes

# Property Tax Search Results

Back          View Cart (0)

Back taxes must be paid with selected bill(s), so all older bills with a balance due will be automatically added to the cart. Click on a Bill # to view the bill.

**Filter:**

Status: Any (11) ▾

Type: Any (11) ▾

Year: Any (11) ▾

| Year | Bill # | Tax Type | Deed Name | Property Address | Map Code | Due Date | Prior Payment | Amount Due | Add to Cart |
|---|---|---|---|---|---|---|---|---|---|
| 2025 | 13778 | Real | RIVERDAWG LLC | NO SITUS FOR PROPERTY-TYPE: R | 0064 010 | 02/10/2026 | $1,019.45 | $0.00 | Paid 04/14/2026 |
| 2024 | 13383 | Real | RIVERDAWG LLC | NO SITUS FOR PROPERTY-TYPE: R | 0064 010 | 02/17/2025 | $1,035.58 | $0.00 | Paid 02/14/2025 |
| 2023 | 14060 | Real | RIVERDAWG LLC | NO SITUS FOR PROPERTY-TYPE: R | 0064 010 | 01/10/2024 | $919.58 | $0.00 | Paid 01/12/2024 |
| 2022 | 13097 | Real | RIVERDAWG LLC | NO SITUS FOR PROPERTY-TYPE: R | 0064 010 | 01/10/2023 | $836.34 | $0.00 | Paid 11/16/2022 |
| 2021 | 120 | Real | ADAMS DAVID & | NO SITUS FOR PROPERTY-TYPE: R | 0064 010 | 01/10/2022 | $552.42 | $0.00 | Paid 12/27/2021 |
| 2020 | 115 | Real | ADAMS DAVID & | NO SITUS FOR PROPERTY-TYPE: R | 0064 010 | 01/10/2021 | $587.06 | $0.00 | Paid 01/23/2021 |
| 2019 | 107 | Real | ADAMS DAVID & | NO SITUS FOR PROPERTY-TYPE: R | 0064 010 | 01/10/2020 | $596.68 | $0.00 | Paid 11/21/2019 |

| Year | Bill # | Tax Type | Deed Name | Property Address | Map Code | Due Date | Prior Payment | Amount Due | Add to Cart |
|---|---|---|---|---|---|---|---|---|---|
| 2018 | 94 | Real | ADAMS DAVID & | NO SITUS FOR PROPERTY-TYPE: R | 0064 010 | 01/10/2019 | $611.67 | $0.00 | Paid 12/31/2018 |
| 2017 | 86 | Real | ADAMS DAVID & | NO SITUS FOR PROPERTY-TYPE: R | 0064 010 | 01/10/2018 | $629.59 | $0.00 | Paid 11/28/2017 |
| 2016 | 78 | Real | ADAMS DAVID & | NO SITUS FOR PROPERTY-TYPE: R | 0064 010 | 01/10/2017 | $629.63 | $0.00 | Paid 12/13/2016 |
| 2015 | 129 | Real | ADAMS DAVID & | NO SITUS FOR PROPERTY-TYPE: R | 0064 010 | 01/10/2016 | $637.69 | $0.00 | Paid 01/08/2016 |

*Results are limited to first 100 records. If your record is not found, go back and try a more specific search.*

Back          View Cart (0)

Translate

**Towns County, GA**

**Tax Commissioner**
Michael Anderson
48 River St, Suite H
Hiawassee, GA 30546
**706-896-2267**

**GovtWindow Help**
**(877) 575-7233**
or Send Email
or Read FAQ

* = Required





# Online Payments - Property Taxes

## Property Tax Search Results

[ Back ]   [ View Cart (0) ]

Back taxes must be paid with selected bill(s), so all older bills with a balance due will be automatically added to the cart. Click on a Bill # to view the bill.

**Filter:**

Status: Any (11) ▾

Type: Any (11) ▾

Year: Any (11) ▾

| Year | Bill # | Tax Type | Deed Name | Property Address | Map Code | Due Date | Prior Payment | Amount Due | Add to Cart |
|---|---|---|---|---|---|---|---|---|---|
| 2025 | 13779 | Real | RIVERDAWG LLC | 7934 HIAWASSEE WILDERNESS TRL | 0064 011 | 02/10/2026 | $2,918.18 | $0.00 | Paid 04/14/2026 |
| 2024 | 13384 | Real | RIVERDAWG LLC | 7934 HIAWASSEE WILDERNESS TRL | 0064 011 | 02/17/2025 | $2,918.22 | $0.00 | Paid 02/14/2025 |
| 2023 | 14061 | Real | RIVERDAWG LLC | 7934 HIAWASSEE WILDERNESS TRL | 0064 011 | 01/10/2024 | $2,747.51 | $0.00 | Paid 01/12/2024 |
| 2022 | 13098 | Real | RIVERDAWG LLC | 7934 HIAWASSEE WILDERNESS | 0064 011 | 01/10/2023 | $2,805.79 | $0.00 | Paid 11/16/2022 |
| 2021 | 109 | Real | ADAMS BRENDA R | 7934 HIAWASSEE WILDERNESS | 0064 011 | 01/10/2022 | $1,571.19 | $0.00 | Paid 12/27/2021 |
| 2020 | 104 | Real | ADAMS BRENDA R | 7934 HIAW WILDERNESS TRL | 0064 011 | 01/10/2021 | $1,577.64 | $0.00 | Paid 11/23/2020 |
| 2019 | 96 | Real | ADAMS BRENDA R | 7934 HIAW WILDERNESS TRL | 0064 011 | 01/10/2020 | $1,582.94 | $0.00 | Paid 11/14/2019 |
| 2018 | 83 | Real | ADAMS BRENDA R | 7934 WILDERNESS TR | 0064 011 | 01/10/2019 | $1,527.61 | $0.00 | Paid 11/30/2018 |

| Year | Bill # | Tax Type | Deed Name | Property Address | Map Code | Due Date | Prior Payment | Amount Due | Add to Cart |
|------|--------|----------|-----------|------------------|----------|----------|---------------|------------|-------------|
| 2017 | 75 | Real | ADAMS BRENDA R | 7934 WILDERNESS TR | 0064 011 | 01/10/2018 | $1,528.43 | $0.00 | Paid 11/10/2017 |
| 2016 | 67 | Real | ADAMS BRENDA R | 7934 WILDERNESS TR | 0064 011 | 01/10/2017 | $1,532.68 | $0.00 | Paid 11/04/2016 |
| 2015 | 115 | Real | ADAMS BRENDA R | 7934 WILDERNESS TR | 0064 011 | 01/10/2016 | $1,552.29 | $0.00 | Paid 11/06/2015 |

*Results are limited to first 100 records. If your record is not found, go back and try a more specific search.*

Back    View Cart (0)

Translate

**Towns County, GA**

**Tax Commissioner**
Michael Anderson
48 River St, Suite H
Hiawassee, GA 30546
**706-896-2267**

**GovtWindow Help**
**(877) 575-7233**
or Send Email
or Read FAQ

\* = Required





# Online Payments - Property Taxes

## Property Tax Search Results

Back  View Cart (0)

Back taxes must be paid with selected bill(s), so all older bills with a balance due will be automatically added to the cart. Click on a Bill # to view the bill.

Filter:

Status: Any (11) ▾

Type: Any (11) ▾

Year: Any (11) ▾

| Year | Bill # | Tax Type | Deed Name | Property Address | Map Code | Due Date | Prior Payment | Amount Due | Add to Cart |
|---|---|---|---|---|---|---|---|---|---|
| 2025 | 13780 | Real | RIVERDAWG LLC | NO SITUS FOR PROPERTY-TYPE: R | 0064 012 | 02/10/2026 | $480.35 | $0.00 | Paid 04/14/2026 |
| 2024 | 13385 | Real | RIVERDAWG LLC | NO SITUS FOR PROPERTY-TYPE: R | 0064 012 | 02/17/2025 | $487.96 | $0.00 | Paid 02/14/2025 |
| 2023 | 14062 | Real | RIVERDAWG LLC | NO SITUS FOR PROPERTY-TYPE: R | 0064 012 | 01/10/2024 | $541.63 | $0.00 | Paid 01/12/2024 |
| 2022 | 13099 | Real | RIVERDAWG LLC | NO SITUS FOR PROPERTY-TYPE: R | 0064 012 | 01/10/2023 | $591.10 | $0.00 | Paid 11/16/2022 |
| 2021 | 110 | Real | ADAMS BRENDA R | NO SITUS FOR PROPERTY-TYPE: R | 0064 012 | 01/10/2022 | $584.82 | $0.00 | Paid 11/17/2021 |
| 2020 | 105 | Real | ADAMS BRENDA R | NO SITUS FOR PROPERTY-TYPE: R | 0064 012 | 01/10/2021 | $621.48 | $0.00 | Paid 11/23/2020 |
| 2019 | 97 | Real | ADAMS BRENDA R | NO SITUS FOR PROPERTY-TYPE: R | 0064 012 | 01/10/2020 | $631.66 | $0.00 | Paid 11/15/2019 |

| Year | Bill # | Tax Type | Deed Name | Property Address | Map Code | Due Date | Prior Payment | Amount Due | Add to Cart |
|---|---|---|---|---|---|---|---|---|---|
| 2018 | 84 | Real | ADAMS BRENDA R | NO SITUS FOR PROPERTY- TYPE: R | 0064 012 | 01/10/2019 | $647.52 | $0.00 | Paid 11/30/2018 |
| 2017 | 76 | Real | ADAMS BRENDA R | NO SITUS FOR PROPERTY- TYPE: R | 0064 012 | 01/10/2018 | $670.81 | $0.00 | Paid 11/10/2017 |
| 2016 | 68 | Real | ADAMS BRENDA R | NO SITUS FOR PROPERTY- TYPE: R | 0064 012 | 01/10/2017 | $670.85 | $0.00 | Paid 11/04/2016 |
| 2015 | 116 | Real | ADAMS BRENDA R | NO SITUS FOR PROPERTY- TYPE: R | 0064 012 | 01/10/2016 | $679.44 | $0.00 | Paid 11/06/2015 |

*Results are limited to first 100 records. If your record is not found, go back and try a more specific search.*

Back    View Cart (0)

Translate

**Towns County, GA**

**Tax Commissioner**
Michael Anderson
48 River St, Suite H
Hiawassee, GA 30546
**706-896-2267**

**GovtWindow Help**
**(877) 575-7233**
or Send Email
or Read FAQ

* = Required



 

## Online Payments - Property Taxes

# Property Tax Search Results

Back     View Cart (0)

Back taxes must be paid with selected bill(s), so all older bills with a balance due will be automatically added to the cart. Click on a Bill # to view the bill.

**Filter:**

Status: Any (11) ▾

Type: Any (11) ▾

Year: Any (11) ▾

| Year | Bill # | Tax Type | Deed Name | Property Address | Map Code | | Due Date | Prior Payment | Amount Due | Add to Cart |
|------|--------|----------|-----------|------------------|------|------|----------|---------------|------------|-------------|
| 2025 | 17294 | Real | NOFREE LLC | WARNELL DR | 067 | 001 | 12/15/2025 | $906.39 | $0.00 | Paid 03/25/2026 |
| 2024 | 17076 | Real | NOFREE LLC | WARNELL DR | 067 | 001 | 12/01/2024 | $900.56 | $0.00 | Paid |
| 2023 | 14625 | Real | NOFREE LLC | WARNELL DR | 067 | 001 | 12/01/2023 | $929.20 | $0.00 | Paid |
| 2022 | 14054 | Real | NOFREE LLC | NO SITUS FOR PROPERTY-TYPE: R | 067 | 001 | 11/15/2022 | $963.06 | $0.00 | Paid |
| 2021 | 15277 | Real | NOFREE LLC | NO SITUS FOR PROPERTY-TYPE: R | 067 | 001 | 11/15/2021 | $982.96 | $0.00 | Paid |
| 2020 | 14861 | Real | NOFREE LLC | NO SITUS FOR PROPERTY-TYPE: R | 067 | 001 | 11/15/2020 | $995.56 | $0.00 | Paid |
| 2019 | 14474 | Real | NOFREE LLC | NO SITUS FOR PROPERTY-TYPE: R | 067 | 001 | 11/15/2019 | $1,005.44 | $0.00 | Paid |
| 2018 | 14171 | Real | NOFREE LLC | NO SITUS FOR PROPERTY-TYPE: R | 067 | 001 | 11/15/2018 | $1,092.81 | $0.00 | Paid |



| Year | Bill # | Tax Type | Deed Name | Property Address | Map Code | | Due Date | Prior Payment | Amount Due | Add to Cart |
|------|--------|----------|-----------|------------------|-----|-----|----------|---------------|------------|-------------|
| 2017 | 12173 | Real | NOFREE LLC | NO SITUS FOR PROPERTY-TYPE: R | 067 | 001 | 11/15/2017 | $1,289.17 | $0.00 | Paid |
| 2016 | 5066 | Real | DOMINY HOLDINGS INC | NO SITUS FOR PROPERTY-TYPE: R | 067 | 001 | 11/15/2016 | $985.60 | $0.00 | Paid |
| 2015 | 4742 | Real | DOMINY HOLDINGS INC | NO SITUS FOR PROPERTY-TYPE: R | 067 | 001 | 11/15/2015 | $999.37 | $0.00 | Paid |

*Results are limited to first 100 records. If your record is not found, go back and try a more specific search.*

Back        View Cart (0)

Translate

**Bryan County, GA**

---

**Tax Commissioner**
Pamela Gunter

11 N. Courthouse St
P.O. Box 447
Pembroke, GA 31321

**Ph: 912-653-3880**
Fx: 912-653-3831
**Send Email**

**For specific information or questions, please contact the county directly at number(s) above.**

---

**GovtWindow Help**
877-575-7233
or Send Email
or Read FAQ

\* = Required



Customer Service: 1-877-575-7233 | Terms & Conditions©
Government Window, LLC. All Rights Reserved.



**Arthur E. Ferdinand**
Tax Commissioner
Fulton County, Georgia

# Tax Bill

141 Pryor Street
Atlanta, Georgia 30303
404.613.6100

| Property Owner | Parcel Identification | Description | User ID |
|---|---|---|---|
| NO FREE LLC | 14 007800030922 | Real Estate | IWR |

**Tax District**  05Y - ATLANTA / DOWNTOWN CID / WESTSIDE TAD

| Property Address | Account Number | Current Fair Market Value | Current Assessed Value |
|---|---|---|---|
| 285 CENTENNIAL OLYMPIC PARK DRIVE NORTHWEST | 5989593 | 435,000 | 174,000 |

**City Exemption**

**County Exemption**

**City Sales Tax Credit**  $0.00

**County Sales Tax Credit**  $40.54

| Tax Year | Cycle | Principal Amount | Interest | Penalties/Fees | Paid | Total | Due Date |
|---|---|---|---|---|---|---|---|
| 2025 | Atlanta | 6,415.38 | 0.00 | 0.00 | 6,415.38 | 0.00 | 10/31/2025 |
| 2025 | County | 1,572.79 | 0.00 | 0.00 | 1,572.79 | 0.00 | 11/15/2025 |
| 2024 | Atlanta | 8,264.12 | 0.00 | 0.00 | 8,264.12 | 0.00 | 10/31/2024 |
| 2024 | County | 2,024.60 | 0.00 | 0.00 | 2,024.60 | 0.00 | 11/15/2024 |
| 2023 | Atlanta | 7,419.85 | 74.39 | 0.00 | 7,494.24 | 0.00 | 10/31/2023 |
| 2023 | County | 1,819.77 | 0.00 | 0.00 | 1,819.77 | 0.00 | 11/15/2023 |
| 2022 | Atlanta | 7,319.31 | 0.00 | 0.00 | 7,319.31 | 0.00 | 10/31/2022 |
| 2022 | County | 1,823.80 | 0.00 | 0.00 | 1,823.80 | 0.00 | 11/15/2022 |
| 2021 | Atlanta | 7,232.85 | 67.53 | 0.00 | 7,300.38 | 0.00 | 10/31/2021 |
| 2021 | County | 1,918.31 | 0.00 | 0.00 | 1,918.31 | 0.00 | 11/15/2021 |
| 2020 | Atlanta | 6,258.78 | 60.67 | 0.00 | 6,319.45 | 0.00 | 10/31/2020 |
| 2020 | County | 1,739.30 | 0.00 | 0.00 | 1,739.30 | 0.00 | 11/15/2020 |
| 2019 | Atlanta | 6,258.78 | 179.02 | 0.00 | 6,437.80 | 0.00 | 09/30/2019 |
| 2019 | County | 1,760.71 | 44.08 | 0.00 | 1,804.79 | 0.00 | 10/15/2019 |

**Grand Total Due**  $0.00

**Mailing Address**

NO FREE LLC

1004 MEMORIAL LANE STE 200

SAVANNAH GA 31410

Property owners with current legal matters, such as bankruptcy or foreclosure, must contact the Tax Commissioner's office at 404.613.6100 for the official balance due on their parcel(s).

# Tax Bill Search Results

To select tax bills to pay online, click the green cart icon on the bill(s) you would like to pay and they will be added to your shopping cart.

| Year | Bill # | Account # | Owner Name ↑ | Description | Original Levy | Balance | Cart |
|------|--------|-----------|--------------|-------------|---------------|---------|------|
| 2020 | 98824 | 46318 | BRYSON, JOHN MICHAEL | HOLT CIR | 561.20 | 0.00 | ✔ Paid |
| 2021 | 98824 | 46318 | BRYSON, JOHN MICHAEL | 75400268097540130258 36HOL | 586.50 | 0.00 | ✔ Paid |
| 2022 | 98824 | 46318 | BRYSON, JOHN MICHAEL | 75400268097540130258 36HOL | 586.50 | 0.00 | ✔ Paid |
| 2023 | 98824 | 46318 | BRYSON, JOHN MICHAEL | 75400268097540130258 36HOL | 711.23 | 0.00 | ✔ Paid |
| 2024 | 98824 | 156811 | HOLT KNOB HOLDINGS, LLC | 75400268097540130258 36HOL | 711.23 | 0.00 | ✔ Paid |
| 2025 | 98824 | 156811 | HOLT KNOB HOLDINGS, LLC | 75400268097540130258 36HOL | 754.04 | 0.00 | ✔ Paid |

◀◀ page 2 of 2

records 8 - 31 of 31