**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **RIVERDAWG, LLC, NO FREE, LLC, HOLT KNOB HOLDINGS, LLC, URGENT CARE 24/7, LLC, and JERRY WILLIAMS, individually,**<br><br>        **Plaintiffs,**<br>**v.**<br><br>**S. GREGORY HAYS, IN HIS CAPACITY AS RECEIVER FOR FIRST LIBERTY CAPITAL PARTNERS, LLC,**<br><br>        **Defendant.** | **Civil Action File No.**<br><br>**26-cv-01353-MLB** |

**MOTION FOR (A) TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION, OR (B) IN THE ALTERNATIVE,
EQUITABLE RELIEF**

COME NOW Movants Riverdawg, LLC ("**Riverdawg**"), No Free, LLC ("**No Free**"), Holt Knob Holdings, LLC ("**Holt Knob**"), Urgent Care 24/7, LLC ("**Urgent Care**"), and Jerry Williams ("**Dr. Williams**" and collectively with Riverdawg, No Free, Holt Knob, and Urgent Care the "**Movants**"), pursuant to Federal Rule of Civil Procedure 65, and file this *Motion for (A) Temporary Restraining Order and Preliminary Injunction, or (B) in the Alternative, Equitable Relief* (this "**Motion**"). Movants request the entry of a Temporary Restraining Order ("**TRO**") and a

preliminary injunction: (i) prohibiting the Receiver from foreclosing on security interests under the Security Deeds against Movants' properties, and (ii) permitting Movants to remit into the Court's registry determined amounts (*i.e.* the "**Release Amounts**" as defined in the accompanying brief) with respect to each transaction, and (iii) compelling cancellation of the Security Deeds upon tender of the Release Amount on each specific loan transaction (collectively, the "**Requested Relief**"). This Motion is authorized by Federal Rule of Civil Procedure ("**Rule**") 65 and is supported by the Brief filed with this Motion, any other pleadings of record, and any other items the Court deems relevant and just to the disposition of this dispute.

As grounds for this Motion, Movants show that there is a substantial risk that Movants will suffer continued immediate and irreparable injury if the Receiver is not so enjoined, as more fully shown in the Brief in Support of this Motion filed contemporaneously herewith.

Movants also move the Court for an immediate hearing on this Motion as authorized by Fed. R. Civ. P. 65.

Movants request findings by this Court as follows:

1. An injunction is necessary to resolve the dispute between Movants and the Receiver in this litigation;

2.  The injunction should compel the Receiver to cancel the recorded Security Deeds on Movants' property upon Movants' payment of pre-determined "release amounts" into the registry of the Court with respect to each loan transaction.

3.  Good cause exists to believe that Movants ultimately will succeed in establishing that they are entitled to a temporary restraining order and injunctive relief;

4.  Good cause exists to believe that immediate and irreparable damage has occurred and will continue to occur to Movants' ability to achieve effective relief should the Receiver not be enjoined;

5.  Good cause exists to believe that the threat to injury to the Movants is greater than the Receiver;

6.  Good cause exists to believe that the public interest is not adverse to issuing a temporary restraining order and preliminary injunction in the manner described in this Motion;

7.  As security for the injunctive relief, Movants shall remit the Release Amounts to the Court's registry funds.

Movants seek a TRO and preliminary injunctive relief to the extent the *Order Establishing Procedures* (Doc. No. 70) (the "**Procedures Order**") requires

compliance with Rule 65. Movants also request that the Court grant the Requested Relief pursuant to its equitable powers in this Receivership Action and modify the Procedures Order to any extent necessary.

WHEREFORE, Movants seek: (i) entry an Order under Fed. R. Civ. P. 65 granting a temporary restraining order and preliminary injunctive relief in conformity with Rule 65(c) and (d), or (ii) alternatively an order granting equitable relief pursuant to the Court's equitable powers in the Receivership Action.

Respectfully submitted this 5th day of May, 2026.

**JONES & WALDEN LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
699 Piedmont Avenue NE
Atlanta, GA 30308
(404) 564-9300
LJones@joneswalden.com
*Attorney for Movants*

## CERTIFICATE OF SERVICE, FONT AND MARGINS

I certify that on the date below, I electronically filed the foregoing **Motion for (A) Temporary Restraining Order and Preliminary Injunction, or (B) in the Alternative, Equitable Relief** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

- **Henry Francis Sewell , Jr**
  hsewell@sewellfirm.com

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

Respectfully submitted this 5th day of May, 2026.

**JONES & WALDEN LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
699 Piedmont Avenue NE
Atlanta, GA 30308
(404) 564-9300
LJones@joneswalden.com
*Attorney for Movants*