**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| RIVERDAWG, LLC, NO FREE, LLC, HOLT KNOB HOLDINGS, LLC, URGENT CARE 24/7, LLC, and JERRY WILLIAMS, individually, | : : : | Civil Action File No. |
| Plaintiffs, | : | 1:26-cv-1353 |
| v. | : | |
| S. Gregory Hays, in his capacity as Receiver for First Liberty Capital Partners, LLC, | : : | |
| Defendant. | : | |

**NOTICE FO FILING EXHIBITS IN SUPPORT OF RENEWED MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT AND BRIEF IN SUPPORT THEREOF**

S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**"), and herewith files Exhibit A and B to his Renewed Motion to Dismiss filed contemporaneously herewith.

Respectfully submitted this 5th day of May, 2026.

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr., Esq.
Georgia Bar No. 636265
hsewell@sewellfirm.com; Phone: (404) 926-0053
Buckhead Centre
2964 Peachtree Road NW, Suite 55
Atlanta, GA 30305
*Counsel for Receiver*

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE AND CERTIFICATE OF SERVICE

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D), and the attachments are consistent with Local Rule 5.1(B).

Counsel further certifies certify that I have electronically filed the foregoing *Notice of Filing Exhibits* with the Clerk of Court via the CM/ECF system, and further certify that a true and correct copy of the same has been served by email as follows:

JONES & WALDEN LLC
c/o Leon S. Jones, Esq.
699 Piedmont Avenue NE
Atlanta, Georgia 30308          Sent electronically to LJones@joneswalden.com

This 5th day of May, 2026.

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr., Esq.
Georgia Bar No. 636265
hsewell@sewellfirm.com
Phone: (404) 926-0053
Buckhead Centre
2964 Peachtree Road NW, Suite 55
Atlanta, GA 30305
*Counsel for Receiver*

EXHIBIT A

| Loan 1 | |
| --- | --- |
| Closing Date | 6/11/2024 |
| Amount | $ 500,000.00 |
| Loan Charges | $ 39,942.00 |
| AMT to No Free Great Oaks 6/11/24 | $ 210,058.00 |
| Xfer to ORL Great Oaks | $ 10,000.00 |
| Xfer to ATL Great Oaks | $ 10,000.00 |
| Xfer to  Riverdawg Great Oaks | $ 10,500.00 |
| Wire to Jones Day | $ 143,567.50 |
| Daniel Jenkins | $ 5,960.00 |
| Water Enviroment Consultants | $ 14,417.32 |
| 1st liberty pymt | $ 3,750.00 |
| Wire Fees | $ 55.00 |
| Xfer to ORL Great Oaks | $ 3,400.00 |
| Xfer to ATL Great Oaks | $ 6,000.00 |
| Xfer to ATL Great Oaks | $ 2,400.00 |

| Loan 2 | |
| --- | --- |
| Closing Date | 9/18/2024 |
| Amount | $ 700,000.00 |
| Loan Charges | $ 99,023.43 |
| AMT to Riverdawg Great Oaks 9/18/24 | $ 600,976.57 |
| 9/20/2024  Xfer to No Free Great Oaks | $ 165,599.33 |
| 9/23/2024  Xfer to ORL Great Oaks | $ 15,000.00 |
| 9/23/2024  Xfer to ATL Great Oaks | $ 15,000.00 |
| 9/23/2024  Xfer to No Free Great Oaks | $ 325,000.00 |
| 9/30/2024  Xfer to ATL Great Oaks | $ 30,000.00 |
| 9/30/2024  Xfer to ORL Great Oaks | $ 49,000.00 |
| 10/11/2024  Xfer to ATL Great Oaks | $ 765.00 |
| 10/15/2024  Xfer to ATL Great Oaks | $ 456.00 |
| 11/4/2024  Xfer to ORL Great Oaks | $ 176.24 |

| Loan 3 | |
| --- | --- |
| Closing Date | 12/9/2024 |
| Amount | $ 355,000.00 |
| Loan Charges | $ 52,310.16 |
| AMT to Centenial Old Glory 11/20/24 | $ 50,166.00 |
| 11/20/2024  to bring account to a positve bal | $ 20,191.39 |
| 11/20/2024  Asbury Law Firm | $ 7,582.50 |
| 11/21/2024  Xfer to ORL Old Glory | $ 15,000.00 |
| 11/22/2024  additonal funds were used to cover 11/3-11/16/24 ATL pa | $ 7,412.11 |
| AMT to Centenial Old Glory 12/12/24 | $ 252,523.84 |
| 12/12/2024  to bring account to a positve bal | $ 18,845.47 |
| 12/12/2024  CPP1 - ORL RENT | $ 12,733.38 |
| 12/12/2024  Xfer to No Free Old Glory | $ 200,000.00 |
| 12/12/2024  Xfer to No Free Old Glory | $ 22,885.10 |

| Loan 4 | |
| --- | --- |
| Closing Date | 12/19/2024 |
| Amount | $ 3,500,000.00 |
| Loan Charges | $ 1,352,166.00 |
| AMT to Centenial 12/20/24 | $ 1,000,000.00 |
| 12/20/2024  to bring account to a positve bal | $ 18,482.96 |
| 12/20/2024  ATL Payroll 12/1-12/14/24 | $ 49,123.34 |
| 12/23/2024  Payroll Bonus | $ 5,000.00 |
| 12/27/2024  Sprinter Van | $ 159,900.00 |
| 12/27/2024  Plane Sense | $ 440,858.41 |
| 12/30/2024  Xfer To Holtknob old glory | $ 9,600.00 |
| 12/31/2024  Xfer To Centenial Payroll old glory | $ 52,000.00 |
| 12/31/2024  Apple Card JW | $ 27,439.07 |
| 12/31/2024  Apple Card LW | $ 10,483.11 |
| 1/3/2025  IPFS | $ 9,267.10 |
| 1/3/2025  Discover | $ 16,613.32 |
| 1/3/2025  Bowen Law Group | $ 7,250.00 |
| 1/9/2025  Wimberly, Lawson, Steckel | $ 15,602.50 |
| 1/14/2025  Xfer To Centenial Payroll old glory | $ 54,308.22 |
| 1/21/2025  AMEX | $ 11,560.48 |
| 1/24/2025  AMEX | $ 10,000.00 |
| 1/24/2025  Xfer to No Free Old Glory | $ 22,500.00 |
| 1/27/2025  AMEX | $ 19,684.35 |
| 1/27/2025  Apple Card JW | $ 10,832.13 |
| 1/27/2025  Apple Card LW | $ 3,773.91 |
| 1/29/2025  Xfer To Centenial Payroll old glory | $ 51,378.51 |
| AMT to Centenial 02/27/25 | $ 850,000.00 |
| 2/27/2025  Xfer to No Free Old Glory | $ 350,000.00 |
| 2/28/2025  Xfer to No Free Old Glory | $ 500,000.00 |
| AMT to No Free Old Glory 05/21/25 | $ 50,000.00 |
| 5/21/2025  CPP1 - ORL RENT | $ 25,717.00 |
| AMT to No Free Old Glory 05/22/25 | $ 50,000.00 |
| 5/22/2025  Xfer To Centenial Payroll old glory | $ 26,000.00 |
| 5/23/2025  Xfer To Orl Payroll old glory | $ 20,000.00 |
| 5/28/2025  First Liberty pymt | $ 7,500.00 |
| 5/29/2025  xfer to Riverdawg old glory | $ 9,333.33 |
| 5/30/2025  Xfer To Holtknob old glory | $ 10,258.00 |
| AMT to No Free Old Glory 06/13/25 | $ 100,000.00 |
| 6/13/2025  Sonny King | $ 5,000.00 |
| 6/13/2025  Sligh Environmental | $ 4,865.00 |
| 6/16/2025  SBA | $ 501.00 |
| 6/17/2025  christoph Keanu Nguyen | $ 380.00 |
| 6/17/2025  Brandon Walker | $ 380.00 |
| 6/18/2025  Xfer To Centenial Payroll old glory | $ 4,341.56 |
| 6/18/2025  Xfer To Orl Payroll old glory | $ 273.61 |
| 6/18/2025  Xfer To Orl old glory | $ 6,100.00 |
| 6/18/2025  Xfer To Centenial old glory | $ 5,800.00 |
| 6/18/2025  Xfer To Falls Drive old glory | $ 21,465.00 |
| 6/19/2025  Xfer To Centenial Payroll old glory | $ 10,000.00 |
| 6/19/2025  Xfer To Orl Payroll old glory | $ 10,000.00 |
| 6/20/2025  Plane Sense | $ 15,605.82 |
| 6/20/2025  Plant City Engines | $ 11,015.00 |
| 6/23/2025  First Liberty pymt | $ 7,500.00 |

EXHIBIT B

| | | | |
|---|---|---|---|
| | **LOAN TRANSACTION DETAILS PER DOCUMENTATION** | | |
| | | | |
| **LOAN 4** | **$ 3,500,000.00** | **12/19/2024** | |
| Loan Fee | $ 100,606.17 | | Adjusted from $175,000 to reflect 5% fee on funds drawn |
| Six month interest reserve | $ 280,000.00 | | |
| Construction interest reserve | $ 560,000.00 | | |
| Partial month's interest (December 19-31) | $ 6,714.50 | | Adjusted from $18,666.00 listed in the note |
| Title Insurance, Closing Costs, Legal Fees | $ 15,716.40 | | Adjusted from $50,000.00 |
| Document Fees | $ 3,500.00 | | |
| Contingency | $ 265,000.00 | | |
| Total Loan Costs with Adjustments | $ 1,231,537.07 | | |
| Available to Borrower | $ 2,268,462.93 | | |
| | | | |
| WIRE SENT - advance 1 | $ 1,000,000.00 | 12/20/2024 | Dr. Williams |
| WIRE SENT - advance 1 | $ 161,449.40 | 12/20/2024 | William Ligon |
| WIRE SENT - advance 2 | $ 850,000.00 | 2/27/2025 | Dr. Williams |
| WIRE SENT - advance 3 | $ 50,000.00 | 5/21/2025 | Dr. Williams |
| WIRE SENT - advance 3 | $ 50,000.00 | 5/22/2025 | Dr. Williams |
| WIRE SENT - advance 4 | $ 100,000.00 | 6/13/2025 | Dr. Williams |
| Total Sent to Borrower | $ 2,211,449.40 | | |
| | | | |
| Required Interest Only Monthly Payment | $ 46,666.67 | | Incorrect payment amount - calculated at 16% interest rate on full $3,500,000. |
| | | | |
| INTEREST PAID | $ 6,714.50 | 12/19/2024 | Partial month's interest (December 19-31) |
| | | | |
| Principal Balance | $ 3,442,986.47 | | |
| Funds not drawn | $ 57,013.53 | | |
| Loan Amount | $ 3,500,000.00 | | |