# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

RIVERDAWG, LLC NO FREE, LLC, )
HOLT KNOB HOLDINGS, LLC, )
URGENT CARE 24/7, LLC and )
JERRY WILLIAMS, individually, )
)
      Plaintiffs, )
)
v. )
)  **Civil Action File No.**
S. GREGORY HAYS, IN HIS )  **1:26-cv-01353- MLB**
CAPACITY AS RECEIVER FOR )
FIRST LIBERY CAPITAL )
PARTNERS, LLC, )
)
      Defendant. )
)

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.1(D)(1) for the Northern District of Georgia, Brooke W. Gram of the law firm of Balch & Bingham LLP hereby enter her appearance in the above-captioned matter as additional counsel for S. Gregory Hays, In His Capacity as Receiver for First Liberty Capital Partners, LLC, (the "Receiver"). Notices and other materials may be sent to:

Brooke W. Gram
**Balch & Bingham LLP**
30 Ivan Allen Jr. Blvd., NW, Suite 700
Atlanta, GA 30308
Telephone:  (404) 261-6020
Facsimile:  (404) 261-3656
Email: bgram@balch.com

[Signature on following page]

30158893.1

Respectfully submitted this 14th day of May, 2026.

/s/Brooke W. Gram

Brooke W. Gram
Georgia Bar No. 810901
Balch & Bingham LLP
30 Ivan Allen, Jr. Boulevard, N.W.
Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
E-mail: bgram@balch.com

*Attorney S. Gregory Hays, In His
Capacity as Receiver for First Liberty
Capital Partners, LLC*

30158893.1

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D).

This 14th day of May, 2026.

*/s/Brooke W. Gram*
Brooke W. Gram
Georgia Bar No. 810901

30158893.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all counsel of record.

/s/Brooke W. Gram
Brooke W. Gram
Georgia Bar No. 810901

30158893.1