# Exhibit A

THE ——————————————————————————————

# LIGON FIRM, P.C.

## WILLIAM T. LIGON, JR. · VIRGINIA "GINNY" M. KITTLES · WESLEY D. COLEMAN

| 158 Scranton Connector | 3600 Frederica Road, Suite 10 | 102 Marsh Harbour Parkway, Unit 109 |
|---|---|---|
| Brunswick, GA 31525 | St. Simons Island, GA 31522 | Kingsland, GA 31548 |
| PH: (912) 261-2263 | PH: (912) 638-0113 | PH: (912) 510-6964 |
| FAX: (912) 261-0463 | FAX: (912) 261-0463 | FAX: (912) 510-6568 |

## REPLY TO KINGSLAND

Neumann Law Office
ATTN: Micah Hedgpeth
460 Dillard Road
Highlands, NC 28741

January 2, 2025

Re: Deed of Trust from Holt Knob Holdings, LLC to The Neuman Law Office

Hello Micah,

Please find enclosed the original North Carolina Deed of Trust from Holt Knob Holdings, LLC., to be recorded. Please add the legal description to this and record it at your earliest convenience. Please email a copy of the recorded document to lorie@attorneyligon.com and mail the original to us at the above Kingsland, GA address.

Should you have any questions regarding this matter, please feel free to call.

Sincerely,

Lorie Wright

Enclosed: Check no. 20840

LIGON PRODUCTION - 00137

# Exhibit B

## Kym Presley

**From:** Kym Presley
**Sent:** Monday, December 23, 2024 9:51 AM
**To:** Lorie Wright <lorie@attorneyligon.com>
**Subject:** No Free, LLC-Dr. Jerry Williams 24-0647

Good morning-

William should be bringing the physical file from Brunswick today. There are several things to note on this file. Please see below.

> There is a Security Deed for the Georgia property that will need to have an Exhibit "A" attached to it prior to recording. I will print it and give it to you for you to have William approve. Jan typed it and is trying to locate it. It was given to him by her, but I am not sure if he had approved it, so I want to be sure, so we do not have to rerecord.

> The is a Deed of Trust for the North Carolina property owned by a different LLC owned by Dr. Jerry Williams (It is additional collateral). Neumann Law (Micah Hedgpeth) is assisting us with. 828-526-0200 is the phone number you can use to reach him if William needs to. We need to request that the legal description be added to the Deed of Trust prior to recording. (I will see if we can get it and provide it to you so you can attach it prior to overnighting the Deed of Trust to Micah)

> We have a check payable to the above firm for their work and the final title policy they will provide for us on the North Carolina property.

> We are working with Anita Snyder (404-419-3229; anita.synder@ctiga.com) with Chicago Title for the Georgia property. She is taking care of the final policy for the Georgia property.

> We need to record as usual BUT we CANNOT issue final title policies until Mr. Ligon advises. There is a requirement that 30+ days must pass after the judge signs an order on a suit William has handled.

Please review this with William when he comes in this afternoon to make sure he does not have anything else he wants to add.


Thank you,

Kym Presley
*Real Estate Paralegal*

The Ligon Firm, P.C.

1

LIGON PRODUCTION - 00279

# Exhibit C

**William T. Ligon, Jr.**

| | |
|---|---|
| **From:** | Micah Hedgepeth <micah@neumannlawoffice.com> |
| **Sent:** | Wednesday, January 15, 2025 10:46 AM |
| **To:** | Kym Presley; Lorie Wright |
| **Cc:** | William T. Ligon, Jr.; Lissa Henning |
| **Subject:** | RE: Dr. Jerry Williams No Free, LLC, a Georgia limited liability company[unencrypt] |

I received the Deed of Trust back. Tried to record it with the county, but the signature for Jerry Williams appears to be a copy not a original wet signature. The notary portion is a wet signature which is good, but county does not believe that Jerry's signature was a "wet" signature. Did not have indentation in the paper and the ink did not smudge. Would it be possible to get him to resign and send back to me?

On 12/20/2024 3:29 PM EST Kym Presley <kym@attorneyligon.com> wrote:

I just spoke with Mr. Ligon and he advised we do not need to transfer title to the other LLC.

**From:** Micah Hedgepeth <micah@neumannlawoffice.com>
**Sent:** Friday, December 20, 2024 3:12 PM
**To:** Kym Presley <Kym@attorneyligon.com>
**Cc:** William T. Ligon, Jr. <william@attorneyligon.com>
**Subject:** RE: Dr. Jerry Williams No Free, LLC, a Georgia limited liability company[unencrypt]

I know that you had mentioned the Loan with be for another LLC. Do you want me to do a deed transfer from current LLC to the new LLC or will both LLC be signing the Deed of Trust?

On 12/20/2024 2:28 PM EST Kym Presley <kym@attorneyligon.com> wrote:

Thank you. We appreciate it.

**From:** Micah Hedgepeth <micah@neumannlawoffice.com>
**Sent:** Friday, December 20, 2024 2:25 PM
**To:** Kym Presley <Kym@attorneyligon.com>
**Cc:** William T. Ligon, Jr. <william@attorneyligon.com>
**Subject:** RE: Dr. Jerry Williams No Free, LLC, a Georgia limited liability company[unencrypt]

1

LIGON PRODUCTION - 00238

# Exhibit D

**Kym Presley**

**From:** Kym Presley
**Sent:** Thursday, January 23, 2025 10:06 AM
**To:** jerrywilliamsmd@urgentcare247.com
**Subject:** FW: Dr. Jerry Williams[unencrypt]

Mr. Ligon asked that I forward you this.

**From:** Kym Presley
**Sent:** Wednesday, January 15, 2025 3:19 PM
**To:** Micah Hedgepeth <micah@neumannlawoffice.com>
**Subject:** FW: Dr. Jerry Williams[unencrypt]

Sorry. I meant to unencrypt prior to emailing.

**From:** Kym Presley
**Sent:** Wednesday, January 15, 2025 3:18 PM
**To:** Micah Hedgepeth <micah@neumannlawoffice.com>
**Cc:** William T. Ligon, Jr. <william@attorneyligon.com>
**Subject:** Dr. Jerry Williams

Good afternoon, Micah-

Thank you for your assistance in getting this re-executed and notarized so you can record it. Dr. Jerry Williams plans to come in Monday or Tuesday. Is your office open on Monday with it being a federal holiday?

**From:** Kym Presley
**Sent:** Thursday, December 19, 2024 4:26 PM
**To:** William T. Ligon, Jr. <william@attorneyligon.com>
**Subject:**


Thank you.

Kym Presley
*Real Estate Paralegal*

The Ligon Firm, P.C.
102 Marsh Harbour Pkwy

1

IGON PRODUCTION - 00064

Unit 109
Kingsland, GA 31548
Phone: 912-510-6964
Fax: 912-510-6568

LIGON PRODUCTION - 00065

**Kym Presley**

| | |
|---|---|
| **From:** | Kym Presley |
| **Sent:** | Thursday, October 16, 2025 8:41 PM |
| **To:** | William T. Ligon, Jr. |
| **Subject:** | FW: FW: Dr. Jerry Williams[unencrypt] |

**From:** Kym Presley
**Sent:** Wednesday, January 15, 2025 3:24 PM
**To:** William T. Ligon, Jr. <william@attorneyligon.com>
**Subject:** FW: FW: Dr. Jerry Williams[unencrypt]

I have emailed the Deed of Trust to Micah, and this is the response I received. I will try to reach Dr. Williams to let him know to call first if he is planning on signing Monday.

**From:** Micah Hedgepeth <micah@neumannlawoffice.com>
**Sent:** Wednesday, January 15, 2025 3:22 PM
**To:** Kym Presley <Kym@attorneyligon.com>
**Subject:** Re: FW: Dr. Jerry Williams[unencrypt]

Received, thank you. We will be open, but he will want to call first as I am the only notary in the office and may be in and out.

On 01/15/2025 3:18 PM EST Kym Presley <kym@attorneyligon.com> wrote:


Sorry. I meant to unencrypt prior to emailing.


**From:** Kym Presley
**Sent:** Wednesday, January 15, 2025 3:18 PM
**To:** Micah Hedgepeth <micah@neumannlawoffice.com>
**Cc:** William T. Ligon, Jr. <william@attorneyligon.com>
**Subject:** Dr. Jerry Williams


Good afternoon, Micah-


Thank you for your assistance in getting this re-executed and notarized so you can record it. Dr. Jerry Williams plans to come in Monday or Tuesday. Is your office open on Monday with it being a federal holiday?

1

LIGON PRODUCTION - 00066

# Exhibit E

# NORTH CAROLINA DEED OF TRUST

SATISFACTION: The debt secured by the within Deed of Trust together with the note(s) secured thereby has been satisfied in full.

This the _____ day of _____ 20 _____.

Signed: _____

_____

_____

Parcel Identifier No. Verified by _____ County on the ___ day of _____, 20 ____.

By: _____

Mail/Box to: Micah Hedgepeth 460 Dillard Rd., Highlands, NC 28741

This instrument was prepared by: Neumann Law Office, PLLC

Brief description for the Index: Lot 14 Bittersweet Hills, Highlands, NC 28741

THIS DEED of TRUST made this December 19, 2024 by and between:

Association Form No. 6 Revised 7/2013.
Printed by Agreement with NC Bar Association

North Carolina Bar
North Carolina Association of

NC Bar Form No. 6
Inc. - Standard Form 6

LIGON PRODUCTION - 00138