**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| RIVERDAWG, LLC, NO FREE, LLC, HOLT KNOB HOLDINGS, LLC, URGENT CARE 24/7, LLC, and JERRY WILLIAMS, individually, | : : : | |
| Plaintiffs, | : | Civil Action File No. |
| | : | 1:26-cv-1353 |
| v. | : | |
| S. Gregory Hays, in his capacity as Receiver for First Liberty Capital Partners, LLC, | : : | |
| Defendant. | : | |

## DEFENDANT'S CLARIFICATION OF THE RECORD WITH RESPECT TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**") pursuant to the *Order Appointing Receiver* dated July 11, 2025 [Doc. No. 6] ("**Appointment Order**") that was entered in Case No. 1:25-cv-3826-MLB (the "**Receivership**") in the District Court for the Northern District of Georgia (the "**Court**") that was initiated by Securities and Exchange Commission ("**SEC**"), by and through counsel, hereby files this this *Clarification of the Record with respect to Plaintiff's Motion for Temporary Restraining Order* and respectfully states as follows.

1.     On May 5, 2026, Plaintiffs filed a Motion and Brief in Support for a Temporary Restraining Order. (the "**TRO Motion**") (*See* Docs. 9, 9-1). In their

Motion, Plaintiffs alleged that the North Carolina Deed of Trust is invalid because it lacked a legal description. (*See* Doc. 9-1 pg. 17–20).

2.      On May 19, 2026, the Receiver filed a Response in Opposition. (*See* Doc. 14). In response the Receiver asserted "[u]pon information and belief, and based on the information available, Dr. Williams then went to Neumann Law Office on or about January 20 or 21, 2025, to sign the Deed of Trust again so it could be recorded." (Doc. 14 ¶ 36).

3.      At the time of filing, the Receiver made a good faith basis to make this assertion based on information available and provided by William Ligon's law firm. Specifically, in support of this assertion, the Receiver relied on Exhibit D, correspondence between the Ligon Firm and Neumann Law Office. (*See* Doc. 14, Exhibit D). In the email, the Ligon Firm advised Micah Hedgepeth of the Neumann Law Office that Dr. Williams would be traveling on the Neumann Law Office on January 20 or 21, 2024.

4.      Upon further investigation, including discussions with the Neumann Law Office, the Receiver has been advised that Dr. Williams did not go to the Neumann Law Office to sign the second Deed of Trust as indicated by Mr. Ligon. Rather, Dr. Williams re-executed the second Deed of Trust somewhere in Georgia as prepared by Mr. Ligon and at Mr. Ligon's instruction and direction. The Neumann

Law Office was then provided the second Deed of Trust and executed it with the Exhibit A legal description attached as requested by Mr. Ligon.

5. The Receiver retracts its statements to the contrary and hereby clarifies and modifies the record with respect to the TRO Motion as set forth herein.

6. The Response of the Receiver otherwise remains unchanged and the Receiver reserves all rights and remedies.

Respectfully submitted this 26th day of May, 2026.

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr., Esq.
Georgia Bar No. 636265
hsewell@sewellfirm.com
Phone: (404) 926-0053
Buckhead Centre
2964 Peachtree Road NW, Suite 55
Atlanta, GA 30305
*Counsel for Receiver*

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE AND
## <u>CERTIFICATE OF SERVICE</u>

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D), and the attachments are consistent with Local Rule 5.1(B).

Counsel further certifies certify that I have electronically filed the foregoing *Clarification of the Record* with the Clerk of Court via the CM/ECF system, and further certify that a true and correct copy of the same has been served by email as follows:

JONES & WALDEN LLC
c/o Leon S. Jones, Esq.
699 Piedmont Avenue NE
Atlanta, Georgia 30308  Sent electronically to LJones@joneswalden.com

This 26th day of May, 2026.

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr., Esq.
Georgia Bar No. 636265
hsewell@sewellfirm.com
Phone: (404) 926-0053
Buckhead Centre
2964 Peachtree Road NW, Suite 55
Atlanta, GA 30305
*Counsel for Receiver*