# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:26-cv-01353-MLB
## Riverdawg, LLC et al v. Hays
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 06/16/2026.

TIME COURT COMMENCED: 10:15 A.M.
TIME COURT CONCLUDED: 4:10 P.M.  COURT REPORTER: Jana Colter
TIME IN COURT: 4:00  DEPUTY CLERK: Jessica Kelley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Brooke Gram representing S. Gregory Hays<br>Leon Jones representing Holt Knob Holdings, LLC<br>Leon Jones representing No Free, LLC<br>Leon Jones representing Riverdawg, LLC<br>Leon Jones representing Urgent Care 24/7, LLC<br>Leon Jones representing Jerry Williams<br>Henry Sewell representing S. Gregory Hays<br>Robert Warren representing Holt Knob Holdings, LLC<br>Robert Warren representing No Free, LLC<br>Robert Warren representing Riverdawg, LLC<br>Robert Warren representing Urgent Care 24/7, LLC<br>Robert Warren representing Jerry Williams |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [9]Motion for TRO DENIED |
| MINUTE TEXT: | Hearing held on Plaintiffs' [9] Motion for Temporary Restraining Order. The Court heard testimony from Plaintiff Jerry Williams. The following exhibits were admitted: Plaintiffs' exhibits 1, 2, 3, 4, 5, and 6; Defense exhibits 1, 2, 3, and 5. For the reasons stated in the record, the Court denied the motion. |
| HEARING STATUS: | Hearing Concluded |